BLANK ROME, LLP
Attorneys for Plaintiff
ACYON SHIPPING LIMITED
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

**07 CIV 9281**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ACYON SHIPPING LIMITED,

        Plaintiff,

  -against-

BUNGE S.A.,

        Defendant.

---

07 Civ.

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff ACYON SHIPPING LIMITED ("Plaintiff"), certifies that, according to information provided to counsel by its client, Plaintiff is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
           October 16, 2007

                              BLANK ROME, LLP
                              Attorneys for Plaintiff
                              ACYON SHIPPING LIMITED

                              By_____
                                 Thomas H. Belknap, Jr. (TB-3188)
                              The Chrysler Building
                              405 Lexington Ave.
                              New York, NY 10174-0208
                              (212) 885-5000