BLANK ROME, LLP
Attorneys for Plaintiff
ACYON SHIPPING LIMITED
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ACYON SHIPPING LIMITED,  |  |
|---|---|
| Plaintiff, | 07-cv-09281 (DAB) |
| -against- | **ORDER REDUCING SECURITY** |
| BUNGE S.A., |  |
| Defendant. | ECF Case |

    **WHEREAS**, on October 16, 2007, Plaintiff, ACYON SHIPPING LIMITED, filed a Verified Complaint herein for damages amounting to US$200,000, inclusive of interest, costs and reasonable attorney's fees, and praying for issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and,

    **WHEREAS**, this Court, having found the conditions of Supplemental Admiralty Rule B appeared to exist, issued an Ex Parte Order for Process of Maritime Attachment on October 17, 2007 (Docket No. 3) (the "October 17 Order"); and

    **WHEREAS,** pursuant to the October 17 Order, $200,000 was restrained by the Bank of New York and/or other garnishees on or about October 22, 2007; and

**WHEREAS,** on November 8, 2007 plaintiff advised the Court that a portion of its claim has now been resolved such that the security required from defendant is now reduced to $75,000; it is hereby

**ORDERED,** that the October 17 Order is hereby amended to authorize the attachment and restraint of Defendant's property within this district up to **$75,000**, and to the extent the Bank of New York or any other garnishee has restrained Defendant's property in respect of the October 17 Order in this matter, it is hereby directed to release any such funds it is holding in excess of this amount pursuant to the original wire instructions or any other instructions received from the Defendant; and it is further

**ORDERED,** that in all other respects the October 17 Order shall remain fully in effect; and it is further

**ORDERED,** that any person claiming an interest in the property attached or garnished pursuant to this or the October 17 Order shall, upon application to the Court, be entitled to a prompt hearing at which Plaintiff shall be required to show why the attachment and garnishment should not be vacated.

Dated: November 15, 2007         SO ORDERED:

*Deborah A. Batts*
U.S.D.J.