UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
ACYON SHIPPING LIMITED,
                Plaintiff,

                                    07 Civ. 9281 (DAB)
    -against-                        ORDER

BUNGE S.A.,
                Defendant.
----------------------------------x
DEBORAH A. BATTS, United States District Judge.

    Pursuant to the request of the Plaintiff by letter of January 24, 2008, and pursuant to Rule 20 of the Rules for the Division of Business among District Judges of the Southern District of New York which provides that "[a] civil case which, for reasons beyond the control of the court, can neither be tried nor otherwise terminated shall be transferred to the suspense docket . . . .",

    IT IS HEREBY ORDERED THAT the Clerk of Court shall transfer this case to the suspense docket until and unless the Court grants a request by the parties to reassign the case to this Court.

    SO ORDERED.

Dated:    New York, New York
           January 28, 2008

                                      *Deborah A. Batts*
                                      DEBORAH A. BATTS
                                      United States District Judge